Page 1 of 6

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA 2004 MAY -5 PM 2:38
### FT. MYERS DIVISION

MIDD... ...URIDA
FT. MYERS. FLORIDA

**UNITED STATES OF AMERICA**

-vs-

**Case Number: 2:03-CR-31-FTM-29DNF**

**PERRY JOHNSON**

**USM Number: 33609-018**

Lee Hollander, CJA
2325 Stanford Ct.
Naples, FL 34112

## JUDGMENT IN A CRIMINAL CASE

The defendant was found guilty on Count One, Two, Three, five and Six of the Indictment. Accordingly, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. §§2113(a) and 2113(d) | Armed bank Robbery | June 28, 2002 (1) February 19, 2003 (3) | One and Three |
| 18 U.S.C.§ 924(c)(1)(A)(iii) | Using and Carrying a firearm during and in relation to a crime of violence and possessing a firearm in furtherance of a crime of violence | June 28, 2002 | Two |
| 18 U.S.C.§§ 924(c)(1)(A) and 924(c)(1)(C)(ii) | Possessing destructive devices in furtherance of a crime of violence | February 19, 2003 | Five |
| 26 U.S.C.§§ 5861(d) and 5871 | Possession of unregistered explosives | February 19, 2003 | Six |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Count(s) Four dismissed on the motion of the United States.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence: May 3, 2004

JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

May ___5___,2004

AO 245B (Rev. 3/01) Judgment in a Criminal Case

PERRY JOHNSON                                                                                          Page 2 of 6
2:03-CR-31-FTM-29DNF

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **135 months in Counts One and Three;**

The defendant is to be imprisoned for a term of **120 months in Count Six**, to run concurrently with Counts One and Three;

The defendant is to be imprisoned for a term of **10 years in Count Two**, to be served consecutively to Counts One, Three and Six;

The defendant is to be imprisoned for a term of **LIFE in Count Five**, to be served consecutively to Counts One, Two, Three and Six.

The Court recommends to the Bureau of Prisons:

The Court does not object to the defendant being placed in the closest facility near his home, that is consistent with his security classification.

The defendant is remanded to the custody of the United States Marshal.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.


                                                _____

                                                UNITED STATES MARSHAL

                             By:_____

                                           Deputy U.S. Marshal


AO 245B (Rev. 3/01) Judgment in a Criminal Case

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **5 years as to Counts One, Two, Three and Five; 3 years as to Count Six; each count to run concurrent**.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter.

The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervision that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervision in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

1.    The defendant shall not leave the judicial district without the permission of the court or probation officer;

2.    The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3.    The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4.    The defendant shall support his or her dependents and meet other family responsibilities;

5.    The defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6.    The defendant shall notify the probation officer **at least ten (10) days prior** to any change in residence or employment;

7.    The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8.    The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9.    The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10.   The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

11.   The defendant shall notify the probation officer within **seventy-two (72) hours** of being arrested or questioned by a

AO 245B (Rev. 3/01) Judgment in a Criminal Case

PERRY JOHNSON                                                                                                  Page 4 of 6
2:03-CR-31-FTM-29DNF

law enforcement officer;

12.    The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13.    As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

# ADDITIONAL CONDITIONS OF SUPERVISED RELEASE

The defendant shall also comply with the following additional conditions of supervised release:

1.    The defendant shall participate as directed in a program (outpatient and/or inpatient) approved by the Probation Officer for treatment of narcotic addiction or drug or alcohol dependency which may include testing for the detection of substance use or abuse.  Further, the defendant shall be required to contribute to the costs of services for such treatment not to exceed an amount determined reasonable by the Probation Officer based on ability to pay or availability of third party payment and in conformance with the Probation Office's Sliding Scale for Substance Abuse Treatment Services.

2.    The defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, or making an obligation for any major purchases without approval of the Probation Officer.  You shall provide the probation officer access to any requested financial information.

3.    The defendant shall provide the Probation Officer access to any requested financial information.

4.    As deemed necessary by your Probation Officer, you shall participate in a program for debt management counseling.

5.    You shall submit to a search of your person, residence, place of business, computer, or vehicle, conducted by the United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release.  Failure to submit to a search may be grounds for revocation.  You shall inform any other residents that the premises may be subject to a search pursuant to this condition.

AO 245B (Rev. 3/01) Judgment in a Criminal Case

PERRY JOHNSON                                                                              Page 5 of 6
2:03-CR-31-FTM-29DNF

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth in the Schedule of Payments.

| Total Assessment | Total Fine | Total Restitution |
|:---:|:---:|:---:|
| $500.00 | WAIVED | $67,238.36 |

The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below.  However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid in full prior to the United States receiving payment.

You are hereby ordered to begin payment immediately and continue to make payments to the best of your ability until this obligation is satisfied.  While in custody you are directed to participate in the Bureau of Prisons Financial Responsibility Program, if eligible, and upon your release from custody you shall adhere to a payment schedule comprised of the balance of the unpaid restitution divided by 60.  The Court orders that any restitution payments be wholly credited to the AmSouth Branch manager until that obligation is paid in full.  Afterwards, any other restitution payments shall be credited to the remaining victims.

| Name of Payee | Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|:---:|:---:|:---:|
| AmSouth Branch Manager (address on file) | $738.36 | $738.36 | 1 |
| Progressive Casualty Insurance Company PLG Claims Department RE: 028421316 5920 Landerbrook Dr. PLG-OHL33 Mayfield, OH 444124 | $46,500.00 | $46,500.00 | 2 |
| Royal Palm Bank Attn:  Chief Financial Officer 255 Creekside Parkway Naples, FL 34108 | $20,000.00 | $20,000.00 | 2 |

The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f).  All of the payment options on the Schedule of Payments may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

AO 245B (Rev. 3/01) Judgment in a Criminal Case

PERRY JOHNSON                                                                      Page 6 of 6
2:03-CR-31-FTM-29DNF

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A special assessment of $500.00 is due immediately

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States attorney.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

Restitution is jointly and severally liable with codefendant Eddie Butler Cavanaugh

AO 245B (Rev. 3/01) Judgment in a Criminal Case

F I L E   C O P Y

Date Printed: 05/07/2004


Notice sent to:

   ___    Jeffrey Michelland, Esq.
          U.S. Attorney's Office
          Middle District of Florida
          U.S. Courthouse
          2110 First St., Room 3-137
          Ft. Myers, FL  33901

          2:03-cr-00031    lap

   ___    Lee Hollander, Esq.
          Hollander & Hanuka, PA
          2325 Stanford Ct.
          Naples, FL  34112

          2:03-cr-00031    lap